■ ERNEST L. WHITE, Individually, and as Administrator of the Estate of MARLENE V. WHITE, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. LEULA M. WHITE, Appellant, v. STATE OF NEW YORK, Respondent. --- Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before

August 1, 1959 and are ready for argument at the September Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.